1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3    amclean@sheppardmullin.com
   LIÊN H. PAYNE, Cal. Bar No. 291569
4    lpayne@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415.434.9100
6  Facsimile:    415.434.3947

7  Attorneys for Defendant
   CENTERONE FINANCIAL SERVICES, LLC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | MARK R. JONES, individually and on behalf of all others similarly situated, | Case No. 4:14-cv-01673 SI |
|---|---|---|
| 13 | | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| 14 | Plaintiff, | |
| 15 | v. | **[Civil Local Rules 6-2 and 7-12]** |
| 16 | | |
| 17 | CENTERONE FINANCIAL SERVICES, LLC, a corporation; and DOES 1-50, inclusive, | [Complaint filed: March 3, 2014] |
| 18 | | |
| 19 | Defendant. | |

1  Pursuant to the following stipulation, the parties have agreed to, and request that
2 the Court grant, a continuance of the August 1, 2014 Initial Case Management Conference
3 ("CMC") in this action to **September 5, 2014 at 2:30 p.m.**, and that all related deadlines be
4 continued accordingly.

5  **STIPULATION**

6  Pursuant to Civil Local Rules 6-2 and 7-12, defendant CenterOne Financial
7 Services, LLC ("CenterOne") and plaintiff Mark R. Jones ("Jones") stipulate and request as
8 follows:

9  WHEREAS, on April 17, 2014, CenterOne filed a Motion to Dismiss (Docket No.
10 7);

11  WHEREAS, on April 21, 2014, following reassignment of this action to the
12 Honorable Susan Illston (Docket No. 9), this Court issued a Clerk's Notice re-setting the Initial
13 CMC for August 1, 2014 at 2:30 p.m. (Docket No. 11);

14  WHEREAS, the parties are currently scheduled to meet and confer by July 11,
15 2014 pursuant to FRCP 26(f)(1), (d)(1); file a joint case management statement by July 25, 2014
16 per Judge Illston's Standing Order (Docket No. 12); and serve initial disclosures by July 25, 2014
17 pursuant to FRCP 26(a)(1)(C);

18  WHEREAS, on May 9, 2014, plaintiff filed a motion to remand, setting the hearing
19 for June 27, 2014 at 9:00 a.m. (Docket No. 15) and this Court issued a Clerk's Notice on May 14,
20 2014 continuing the hearing on CenterOne's Motion to Dismiss to June 27, 2014 at 9:00 a.m.
21 (Docket No. 16);

22  WHEREAS, on June 18, 2014, this Court issued a Clerk's Notice continuing the
23 Motion to Dismiss hearing to August 1, 2014 at 9:00 a.m. (Docket No. 21);

24  WHEREAS, pursuant to Civil L.R. 6-2(a)(1), the parties have conferred and agree
25 that continuing the CMC and related deadlines until after this Court has ruled on on CenterOne's
26 Motion to Dismiss and Plaintiff's Motion to Remand would be in the parties' best interests and in
27 the interest of judicial economy;

28

-1-

SMRH:425972350.1                             STIPULATION AND [PROPOSED] ORDER
                                             CONTINUING CMC AND RELATED DEADLINES

1         WHEREAS, with respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action include: a) the re-setting of the Initial CMC by the Clerk from July 30, 2014 to August 1, 2014 (Docket Nos. 4 and 11); b) the Clerk's Notice of May 14, 2014 continuing the hearing for CenterOne's Motion to Dimiss to June 27, 2014 at 9:00 a.m. (Docket No. 16); and c) the Clerk's Notice of June 18, 2014 continuing the hearing on CenterOne's Motion to Dimiss to August 1, 2014 at 9:00 a.m. (Docket No. 21);

         WHEREAS, with respect to Civil L.R. 6-2(a)(3), a five-week continuance of the Initial CMC and related deadlines hearings will not, at this early stage, have a significant effect on the overall schedule for this case, and merely re-establishes the timing that existed when the Motion to Dismiss and Motion to Remand were both set for June 27, 2014;

         NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the current August 1, 2014 Initial CMC (Docket No. 11) to **September 5, 2014 at 2:30 p.m.** and adjust all related deadlines accordingly.

### E-FILING ATTESTATION

By her signature below, counsel for CenterOne attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  June 25, 2014               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    By: */s/ ANNA S. McLEAN*_____
                                        ANNA S. MCLEAN
                                        LIÊN H. PAYNE
                                        Four Embarcadero Center, 17th Floor
                                        San Francisco, CA  94111-4106
                                        Telephone:  415-434-9100
                                        Facsimile:  415-434-3947
                                        amclean@sheppardmullin.com
                                        lpayne@sheppardmullin.com

                                    Attorneys for Defendant
                                    CENTERONE FINANCIAL SERVICES, LLC

| | | |
|---|---|---|
| 1 | Dated: June 25, 2014 | KEMNITZER, BARRON & KRIEG, LLP |
| 2 | | By: */s/ BRYAN KEMNITZER* |
| 3 | | BRYAN KEMNITZER<br>Telephone: 415-632-1900 |
| 4 | | Facsimile: 415-632-1901 |
| 5 | | Attorneys for Plaintiff<br>MARK R. JONES |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/26/14

*Susan Illston*

The Honorable Susan Illston
United States District Court Judge